UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON RUFFIN, <br><br> Petitioner, <br><br> v. <br><br> J. CASTELLO, Warden, <br><br> Respondent. | No. 1:18-cv-00912-JLT (HC) <br><br> ORDER GRANTING PETITIONER'S MOTION TO AMEND PETITION [Doc. 11] <br><br> ORDER STRIKING LODGED AMENDED PETITION [Doc. 12] <br><br> ORDER SUSPENDING BRIEFING SCHEDULE [Doc. 5] <br><br> [THIRTY-DAY DEADLINE] |

Petitioner filed a federal petition for writ of habeas corpus on July 5, 2018, raising two claims of instructional error. (Doc. 1.) Following a preliminary review of the petition, on July 9, 2018, the Court issued a briefing schedule and directed Respondent to file a response to the petition. (Doc. 5.) Respondent has not yet filed a response to the petition.

On August 13, 2018, Petitioner filed the instant motion to amend the petition in which he seeks to add claims of ineffective assistance of counsel. (Doc. 11.) He has lodged an amended habeas petition which sets forth his claims of ineffective assistance of counsel. (Doc. 12.)

Pursuant to Federal Rule of Civil Procedure 15(a), a party may amend the petition once as a matter of course within 21 days after service of a responsive pleading. A review of the record indicates that no responsive pleading has been filed. Therefore, Petitioner may amend his petition. Nevertheless, the proposed amended petition is deficient because it fails to set forth all

1

grounds for relief. Petitioner is informed that the Court cannot refer to a prior pleading in order to make Petitioner's amended petition complete. Local Rule 220 requires that an amended petition be complete without reference to any prior pleading. This is because as a general rule, an amended petition supersedes the original petition. <u>See</u> <u>Loux v. Ray</u>, 375 F.2d 55, 57 (9th Cir. 1967). Once Petitioner files an amended petition, the original pleading no longer serves any function in the case. Therefore, in an amended petition, as in an original petition, each ground must be sufficiently stated and supported. The lodged petition will be stricken and Petitioner will be granted leave to file a First Amended Petition in compliance with Federal Rules of Civil Procedure Rule 15 and Local Rule 220. Briefing will be suspended until Petitioner files an amended petition or the time allotted has passed.

**ORDER**

Accordingly, the Court **ORDERS**:

1. Petitioner's request to amend his petition (Doc. 11) is GRANTED;

2. The lodged amended petition (Doc. 12) is STRICKEN;

3. The briefing schedule set forth in the Court's order of July 9, 2018, (Doc. 5) is SUSPENDED; and

4. Within thirty days of the date of service this order, Petitioner shall submit an amended petition. Petitioner shall title his document "First Amended Petition for Writ of Habeas Corpus," and the amended petition shall bear the case number of this action. If Petitioner does not submit an amended petition within the allotted time, the Court will proceed with the original petition.

IT IS SO ORDERED.

Dated: **August 15, 2018**          /s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE