UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON RUFFIN,<br><br>    Petitioner,<br><br>v.<br><br>J. GASTELLO, Warden,<br><br>    Respondent. | ) 1:18-cv-00912-JLT (HC)<br>)<br>) ORDER GRANTING PETITIONER'S MOTION<br>) TO LIFT STAY<br>) [Doc. 20]<br>)<br>) ORDER DIRECTING PETITIONER TO FILE<br>) SECOND AMENDED PETITION<br>)<br>) [THIRTY-DAY DEADLINE]<br>) |

      On July 5, 2018, Petitioner filed a habeas petition raising two claims of instructional error. (Doc. 1.) The Court conducted a preliminary review of the petition and directed Respondent to file a response to the petition. (Doc. 5.) On August 13, 2018, Petitioner filed a motion to amend the petition to add additional claims of ineffective assistance of counsel. (Doc. 11.) He lodged an amended petition setting forth those grounds. (Doc. 12.) On August 15, 2018, the Court struck the lodged amended petition as it failed to set forth all grounds for relief. (Doc. 13.) Petitioner was advised that an amended petition must contain all grounds for relief, and the Court could not refer to a prior pleading to make the amended petition complete. The Court granted Petitioner thirty days to file a First Amended Petition setting forth all grounds for relief. In the meantime, the Court suspended the briefing schedule.

1

On October 3, 2018, Petitioner filed a First Amended Petition which set forth a claim of trial court error that allegedly occurred during a Marsden[1] hearing, and a claim of ineffective assistance of counsel for failure to present favorable lab evidence to the jury. (Doc. 17.) Petitioner stated that the two claims were unexhausted, and he moved for a stay and abeyance of the proceedings pending exhaustion of those two claims. (Doc. 16.) On October 5, 2018, the Court granted the stay of the proceedings. (Doc. 19.) The Court directed Petitioner to file a motion to lift the stay once exhaustion was complete.

On October 23, 2018, Petitioner filed a motion to lift the stay. (Doc. 20.) He states that he has fully exhausted his remedies in the California Supreme Court with respect to his two additional claims. That being so, Petitioner is DIRECTED to file a Second Amended Petition which sets forth all exhausted grounds for relief. Petitioner is reminded that the Second Amended Petition must be complete in and of itself, and may not reference prior pleadings.

**ORDER**

Accordingly, the Court **ORDERS**:

1) Petitioner's motion to lift the stay is GRANTED; and

2) Petitioner is DIRECTED to file a Second Amended Petition within thirty days of the date of service of this Order.

IT IS SO ORDERED.

Dated: __October 24, 2018__             ____/s/ Jennifer L. Thurston____
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] People v. Marsden, 2 Cal.3d 118 (1970).

2