# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON RUFFIN,<br><br>    Petitioner,<br><br>    v.<br><br>J. GASTELLO, Warden,<br><br>    Respondent. | Case No. 1:18-cv-00912-JLT (HC)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE NOTICE TO COURT<br><br>[10-DAY DEADLINE] |

    On January 22, 2019, the Court directed Petitioner "to advise the Court whether he chooses to proceed only with the exhausted claim, or if he would rather have the federal habeas proceedings stayed pending exhaustion of the two additional claims in the state courts." (Doc. 27.) Petitioner was granted fourteen days to respond. Over fourteen days passed and Petitioner failed to comply with the Court's order. Accordingly, the Court directed Petitioner to show cause why the petition should not be dismissed for failure to comply with a court order.

    On February 26, 2019, Petitioner responded to the order to show cause. He states he did in fact comply with the court order by submitting his notice along with his motion to appoint counsel filed on February 1, 2019. Review of the docket reveals that the Court only received a motion to appoint counsel. Petitioner also states he is in a mental health institution and has been moved around. He also states that the facility was on lockdown.

    The Court will grant Petitioner an extension of time to file his notice. Petitioner must advise

1

the Court whether he chooses to proceed only with the exhausted claim, or if he would rather have the federal habeas proceedings stayed while he returns to the state courts to seek relief on the two additional claims.

**ORDER**

Accordingly, the Court GRANTS Petitioner an extension of ten court days from the date of service of this order to file his notice. Petitioner is advised that failure to comply will result in dismissal of the action.

IT IS SO ORDERED.

Dated: **March 1, 2019**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE