UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON RUFFIN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>J. GASTELLO, Warden,<br><br>　　　　　Respondent. | 1:18-cv-00912-JLT (HC)<br><br>ORDER DIRECTING RESPONDENT TO FILE A RESPONSE<br><br>[SIXTY-DAY DEADLINE] |

On January 11, 2019, the Court directed Petitioner to inform the Court whether he chooses to proceed only with his exhausted claim, or if he would rather have the federal habeas proceedings stayed pending exhaustion of the two additional claims. [Doc. 27.] On March 11, 2019, Petitioner filed a notice advising the Court of his election to proceed only with the exhausted claim. [Doc. 33.]

Accordingly, Respondent is directed to file a response within SIXTY DAYS of the date of service of this order. Petitioner may file a traverse within THIRTY DAYS of the date Respondent's answer is filed with the Court. If no traverse is filed, the petition and answer are deemed submitted at the expiration of the thirty days.

///

///

///

All motions shall be submitted on the record and briefs filed without oral argument unless otherwise ordered by the Court. Local Rule 230(l). Extensions of time will only be granted upon a showing of good cause. All provisions of Local Rule 110 are applicable to this order.

IT IS SO ORDERED.

    Dated: __**March 12, 2019**__            **/s/ Jennifer L. Thurston**
                                                                       UNITED STATES MAGISTRATE JUDGE